No. 543. Western Union Telegraph Co. *v.* Pennsylvania. Appeal from the Supreme Court of Pennsylvania. Probable jurisdiction noted. *John G. Buchanan,*

*John G. Buchanan, Jr.* and *John H. Waters* for appellant.
*A. Jere Creskoff* for appellee.